JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL | ) Case No. <br> ) EDCV 14-407-JGB (DTBx) <br> ) <br> ) <br> Plaintiff, ) **JUDGMENT** <br> ) <br> v. ) <br> ) <br> THOMAS INCHO HWANG ET AL. ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED that judgment be entered in favor of Plaintiff Robert Elguezabal against Defendant Thomas Incho Hwang as follows:

  1. Plaintiff Robert Elguezabal shall recover from Defendant Thomas Incho Hwang the amount of $4,000, along with costs pursuant to Fed. R. Civ. P. 54(d)(1).

1

**IT IS SO ORDERED.**

JS-6

Dated: August 21, 2015            _____
                                             Jesus G. Bernal
                                       United States District Judge